## LANTZ, DBA ALASKA TRUCK TRANSPORT, INC. *v.* LYNDEN TRANSFER, INC., ET AL.

No. 623.   Decided December 18, 1967.

*James T. Johnson* for appellee Lynden Transfer, Inc.

*Acting Solicitor General Spritzer* and *Robert W. Ginnane* for the United States et al.

PER CURIAM.

The motion of Douglas Lantz for leave to intervene and for other relief is denied.   The motion to affirm is granted and the judgment is affirmed.

## BURKE-PARSONS-BOWLBY CORP. ET AL. *v.* UNITED STATES ET AL.

No. 711.   Decided December 18, 1967.

*Gordon P. MacDougall* for appellants.

*Solicitor General Griswold, Assistant Attorney General Turner* and *Robert W. Ginnane* for the United States et al., and *Laidler B. Mackall* for the Baltimore & Ohio Railroad Co., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment is affirmed.